**Carlos CORPORAN, Petitioner**

v.

**WORKER'S COMPENSATION APPEAL BOARD (BENCHMARK DISTRIBUTOR, INC.), Respondent**

**No. 66 MAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Brian KING, Petitioner**

**No. 33 EAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.